FILED

2021 SEP 21 PM 12: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> ROVIER, CARRINGTON <br> DEFENDANT(S). | 21MJ04396 <br><br> **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: COMPLAINT
in the SOUTHERN District of NEW YORK on 09-08-2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 09-20-2021
in violation of Title 18 U.S.C., Section(s) 1621 PERJURY
to wit: SOUTHERN NEW YORK

A warrant for defendant's arrest was issued by: HONORABLE DEBRA FREEMAN

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09-21-2021
                  Date

| _signature_ | WILLIAMS L. |
|---|---|
| Signature of Agent | Print Name of Agent |

| USMS | DEPUTY |
|---|---|
| Agency | Title |